**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 265 WAL 2014
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. : 
: 
: 
: 
DAJUNT PORTER, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.